ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
ROBIN M. WALL (CABN 235690)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7071
    Fax: (415) 436-6748
    robin.wall@usdoj.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN CIVIL LIBERTIES UNION OF NORTHERN CALIFORNIA,<br><br>    Plaintiff,<br><br>  v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>    Defendant. | Case No. 18-cv-03050-JCS<br><br>**JOINT STIPULATION EXTENDING DEFENDANT'S TIME TO RESPOND TO COMPLAINT** |

**JOINT STIPULATION**

Pursuant to Civil Local Rule 6.1(a), it is hereby stipulated by and between the parties, through the undersigned counsel, that Defendant U.S. Immigration and Customs Enforcement will answer or otherwise respond to the complaint by July 20, 2018.

IT IS SO STIPULATED.

Dated: June 18, 2018

                                                ALEX G. TSE
                                              Acting United States Attorney

                                              */s/ Robin M. Wall*
                                              ROBIN M. WALL
                                              Assistant United States Attorney
                                              Attorneys for Defendant

Dated: June 18, 2018	AMERICAN CIVIL LIBERTIES UNION
	OF NORTHERN CALIFORNIA

	*/s/ Linda Lye*
	LINDA LYE
	Attorneys for Plaintiff

**CERTIFICATION**

Pursuant to Civil Local Rule 5-1(i)(3), the undersigned hereby attests that Linda Lye has concurred in the filing of this document.

Dated: June 18, 2018	ALEX G. TSE
	Acting United States Attorney

	*/s/ Robin M. Wall*
	ROBIN M. WALL
	Assistant United States Attorney
	Attorneys for Defendant
	United States of America

Dated; June 21, 2018

IT IS SO ORDERED
Judge Joseph C. Spero